IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-449-GCM

| | |
|---|---|
| THE MANELLA GROUP, INC.,<br>　　　　　　Plaintiff,<br>　v.<br><br>CORNERSTONE CHIROPRACTIC<br>MARKETING INC., and<br>DANIEL HANDFORD,<br>　　　　　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Eric James Menhart,** filed October 6, 2014 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Menhart is admitted to appear before this court *pro hac vice* on behalf of Defendant, Cornerstone Chiropractic Marketing Inc..

**IT IS SO ORDERED.**

Signed: October 8, 2014

Graham C. Mullen
United States District Judge