IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-449-GCM

| | |
|---|---|
| THE MANELLA GROUP, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| CORNERSTONE CHIROPRACTIC ) | |
| MARKETING INC., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Joseph G. Burgess,** filed October 31, 2014 [doc. # 8]. Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Burgess is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, The Manella Group, Inc..

**IT IS SO ORDERED.**

Signed: November 12, 2014

Graham C. Mullen
United States District Judge