IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV449

| | | |
|---|---|---|
| THE MANNELLA GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CORNERSTONE CHIROPRACTIC MARKETING, INC., and DR. DANIEL HANDFORD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. A discovery conference was held in this matter on December 7, 2015. Pursuant to discussions at the conference, the Defendant is directed to provide to Plaintiff sales summaries as requested in Interrogatories 4, 5 and 6. The summaries are to include how many sold, date of sales, how much Defendant was paid, and total amount received on sales. Information requested in Interrogatories 7, 8, 9, 13(b) and 14 can be sought at Defendant's deposition. Requests for Production Numbers 20 and 54 are overly broad, vague, and unduly burdensome and Defendants' objections are sustained.

IT IS SO ORDERED.

Signed: December 7, 2015

Graham C. Mullen
United States District Judge