UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| THE MANNELLA GROUP, INC., <br><br> Plaintiff <br><br> v. <br><br> CORNERSTONE CHIROPRACTIC MARKETING, INC., and <br> DR. DANIEL HANDFORD, <br><br> Defendants | Civil Action No. 3:14-cv-00449-GCM <br><br><br> STIPULATION OF DISMISSAL |

**STIPULATED ORDER OF DISMISSAL,
WITHOUT COSTS, INTEREST OR ATTORNEY FEES TO ANY PARTY**

The Mannella Group, Inc., Cornerstone Chiropractic Marketing, Inc., and Dr. Daniel Handford, through their respective counsel, and under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Stipulation of Dismissal because all matters and things in controversy between the parties have been settled and agreed upon, and therefore all claims should be dismissed. The parties herby specify and agree that the parties shall bear their own attorney fees and costs.

The parties having stipulated to entry of this Order through their respective counsel and the Court otherwise being advised in the premises;

IT IS HEREBY ORDERED that the claims asserted by the Parties are hereby dismissed, with each side to bear its own attorney fees and costs.

1

Signed: July 14, 2016

Graham C. Mullen
United States District Judge

Stipulated as to entry:

DATED: July 13, 2016

/s/Joseph G. Burgess
Joseph G. Burgess
Michigan Bar No. 41621
Burgess Law Office, PLLC
691 Squirrel Road, Suite 245
Auburn Hills, MI 48326
(T) 248-364-0200
(F) 248-374-9604
(E) jburgess@burgessiplaw.com

Albert P. Allan
N.C. Bar No. 18882
Allan Law Firm, PLLC
409 East Boulevard
Charlotte, NC 28227
(T) 704-371-5605
(F) 704-372-7411
(E) alallan@allaniplitigation.com

Attorneys for Plaintiff The Mannella Group, Inc.

/s/ Eric Menhart
Eric Menhart, Esq.
Lexero Law
316 F St. NE
Suite 101
Washington, DC 20002
(T) 855-453-9376 ext. 101
(F) 855-453-9376
eric.menhart@lexero.com

Neal J. Sharkey, Esq.
The Sharkey Law Firm
PO BOX 2616
Indian Trail, NC, 28079
(T) 704-443-8480
(F) 888-327-1505
neal@sharkeylaw.us

Attorneys for Defendants Cornerstone Chiropractic Marketing, Inc. and Dr. Daniel Handford